United States District Court
Southern District of Texas

**ENTERED**

April 11, 2023

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| DIXIE ANN MORPHIS, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | Civil Case No. 4:22-CV-02402 |
| | § | |
| WARDEN HAWKINS (FPC BRYAN), | § | |
| | § | |
| Respondent. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the March 8, 2023 Report and Recommendation ("R&R") prepared by Magistrate Judge Peter Bray. (Dkt. No. 22). Magistrate Judge Bray made findings and conclusions and recommended that the Government's Motion for Summary Judgment, (Dkt. No. 13), be granted and that Morphis's petition for writ of habeas corpus be denied.

The Parties were provided proper notice and the opportunity to object to the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the R&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1)  Magistrate Judge Bray's R&R (Dkt. No. 22) is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court; and

(2)  Respondent's Motion for Summary Judgment, (Dkt. No. 13), is **GRANTED**.

It is SO ORDERED.

Signed on April 10, 2023.

**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**